AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

```
LODGED
CLERK, U.S. DISTRICT COURT
2/9/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:      KM       DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
2/9/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:      MMC      DEPUTY
```

| | |
|---|---|
| United States of America<br><br>v.<br><br>Peter Escalante Hernandez,<br><br>Defendant. | Case No.  2:26-mj-00732-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Thomas Vasquez, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of February 7, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officers |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Thomas Vasquez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  February 9, 2026


*Judge's signature*

City and state:  Los Angeles, California    Hon. Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

AUSA: Aylin Kuzucan x8603

**AFFIDAVIT**

I, Thomas Vasquez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against PETER ESCALANTE HERNANDEZ ("HERNANDEZ") for a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Official).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. From 2013 to 2017, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including assaults on federal officials. As part of my official duties as a SA, I investigate crimes against the United States that originate on or have a nexus to United States government property, including assaults on federal officials.

4.      I have completed the Uniformed Police Training Program (UPTP) and the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including assaults on federal officials.

### III. SUMMARY OF PROBABLE CAUSE

5.      On February 7, 2026, at approximately 12:02 a.m., HERNANDEZ threw glass and plastic water bottles at FPS officers during a protest outside of the Roybal Federal Building and United States Courthouse, located at 255 E. Temple Street, Los Angeles, California 90012 (the "Roybal Building").  After FPS officers pursued HERNANDEZ, he brandished what appeared to be a firearm.  As a result, FPS officers abandoned their pursuit.

6.      That evening, HERNANDEZ returned to the Roybal Building.  FPS officers recognized him from the incident, arrested him, and recovered a replica firearm from HERNANDEZ's front pocket consistent in appearance with the one he brandished.

### IV. STATEMENT OF PROBABLE CAUSE

7.      Based on my review of video surveillance footage, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A.      HERNANDEZ Throws Plastic and Glass Bottles at FPS Officers Outside the Roybal Parking Entrance**

8.      On February 7, 2026, at approximately 12:02 a.m., FPS officers, including FPS Officer E.A., were stationed at the Roybal Building loading dock entry gate.  While there, officers

observed a male walk towards the apron adjacent to Alameda Street.  The male, later identified as HERNANDEZ, wore a long-sleeve black shirt with a large white "S" on it, a black hat, a face mask, a large light-colored trash bag, and a black fanny pack.  The FPS officers were stationed at a gate protecting the entry into the Roybal Building's parking garage entrance.

9.   As captured on surveillance footage that I have reviewed, and as relayed to me by FPS officers at the scene, HERNANDEZ began to throw water bottles at the FPS officers from the apron.  HERNANDEZ ran away for a brief moment before returning.  For approximately two minutes, HERNANDEZ threw water bottles at FPS officers.

10.  As HERNANDEZ launched the bottles at FPS officers, one of them went past the entry gate and landed approximately five feet from Officer E.A. and his partners.  HERNANDEZ then stopped to unfurl a United States-Mexico hybrid flag while on federal property, namely, the Alameda Street apron adjacent to the Roybal Building.  HERNANDEZ then walked around Alameda Street and returned to the Roybal Building intermittently.

11.  At approximately 12:14 a.m., as seen on surveillance footage, HERNANDEZ returned to the apron-area and re-entered federal property.  HERNANDEZ continued to throw glass and plastic bottles at Officer E.A. and his partners.  HERNANDEZ remained on scene until approximately 1:24 a.m.  In total, officers observed HERNANDEZ throw multiple glass and plastic bottles towards them.

**B.     HERNANDEZ Brandishes a Suspected Firearm and Flees**

12.    At approximately, 1:24 a.m., as reported to me by Officer E.A., Officer E.A. attempted to detain HERNANDEZ for throwing the plastic and glass bottles at him and other FPS officers.  While approaching him, HERNANDEZ fled on foot, first on northbound Alameda Street and then eastbound on Commercial Street.  Officer E.A. informed me that, while HERNANDEZ fled, he looked back towards Officer E.A. and raised an object that looked like a firearm and brandished it.  As a result, and because the brandished object appeared to be a real firearm, Officer E.A. and FPS officers terminated the foot pursuit and HERNANDEZ fled the area.

**C.     HERNANDEZ is Identified**

13.    Officer E.A.'s shift ended at 7:00 a.m. on February 7. As his shift ended, he informed other FPS officers of HERNANDEZ's actions.  Officer E.A. provided a description of HERNANDEZ to the officers, including, the black baseball cap with the letter "D," a black sweater with a large "S" on the front, and a black fanny pack. FPS Officer M.M. indicated to Officer E.A. that he was familiar with subject based on an incident that occurred during his shift from the day before where HERNANDEZ stood on a transformer outside of the Roybal Building and carried a flag.

Below are images taken from surveillance in the afternoon when Officer M.M. was on duty capturing HERNANDEZ wearing a black hat with a "D" emblem, a face mask, a black shirt with a "S" emblem, and his distinct fact tattoos, including tattoos below his left eye and above his lip.

 

    **D.  HERNANDEZ Returns to the Federal Building and is Found with a Realistic Replica Firearm**

14.  The same day, as told to me by FPS Officer E.A., Officer E.A. began his shift at 7:00 p.m.  At approximately 6:52 p.m., as seen on surveillance footage that I have reviewed, HERNANDEZ returned to the Roybal Building.  Officer E.A. notified me that HERNANDEZ was near the Roybal Building at 7:43 p.m.

15.  FPS Officer E.A. informed me that he recognized HERNANDEZ based on his clothing consistent with what he wore earlier that day, including a black baseball cap with the letter

"D" and a black fanny pack.  FPS officers then approached HERNANDEZ and arrested him.  Below is a photograph taken by FPS officers after the arrest of HERNANDEZ on the evening of February 7, 2026.



16. After arresting HERNANDEZ, FPS officers searched his person. Inside of HERNANDEZ's front-right pants pocket, FPS officers found a black replica firearm consistent in appearance with the object HERNANDEZ brandished towards Officer E.A. Below is a picture of the recovered replica firearm.



17. For all the reasons described above, there is probable cause to believe HERNANDEZ violated 18 U.S.C. § 111(a)(1) (Assault on a federal official).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  9th  day of February, 2026

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE