**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA   DATE FILED: 2/9/2026 |
| | CASE NUMBER: 2:26-mj-00732-DUTY   ☐ Under Seal |
| v. | INIT. APP. DATE: 2/10/2026   TIME: 1:30 PM |
| Peter Escalante Hernandez | CHARGING DOC: Local Complaint |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 18:111 |
| | COURTSMART/REPORTER: |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Brianna Fuller Mircheff | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:** Christianna Howard     Julian Xu
_Deputy Clerk_     _Assistant U.S. Attorney_     _Interpreter / Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is ___
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Jaya C. Gupta   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ___ ☐ CJA 1-Day Provisional Appt ___
☑ Government's request for detention is:   ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
☑ Preliminary Hearing set for 2/24/26 at 11:30 am in Los Angeles
☑ Post-Indictment Arraignment set for: 3/2/26 at 11:30 am in Los Angeles
☐ Government's motion to dismiss case/defendant ___ only:  ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ___ District of ___
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  ☐ Warrant of removal and final commitment are ordered stayed until ___
☐ Case continued to (Date) ___ (Time) ___ ☐ AM / ☐ PM
☐ Type of Hearing: ___ Before Judge ___ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom ___ ☐ Judge's Courtroom ___
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (_if issued using Release Book_: Release Order No. ___).
☐ Other:

**RECEIVED:** ☐ PSA  ☐ PROBATION  ☐ FINANCIAL  ☐ CR-10     ☐ READY

Deputy Clerk Initials: CH
: 25